JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste. 289
Oakland, California  94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, ) | NO.: CR 09-00203 CW |
| ) | |
| Plaintiff, ) | **STIPULATION RE: CONDITIONS OF RELEASE** |
| ) | |
| vs. ) | |
| ) | |
| VIANNA LAJANNIE POWELL, ) | |
| ) | |
| Defendant. ) | |

The parties stipulate as follows:

1.     Vianna Lajannie Powell is a defendant in this action and, on March 12, 2009, the Court released Ms. Powell from federal custody to the Oakland Halfway House.

2.     Ms. Powell now wishes to be allowed to travel away from the Halfway House to meet with her benefits counselor in order to retain her Section 8 federal housing benefits and cause her eligibility for such benefits to be transferred from housing located in East Palo Alto to housing located in Alameda County.

3.    Additionally, Ms. Powell wishes to leave the Halfway House for purposes of maintaining her employment. At present, Ms. Powell believes that she will be allowed to return to her job at Stanford Hospital in Palo Alto. However, if, by the time the proposed Order is signed, she has lost her position at Stanford, Ms. Powell wishes to be able to seek and maintain employment in the Oakland area.

4.    Pretrial Services Officer Victoria Gibson does not oppose Ms. Powell's request.

5.    AUSA Christina McCall does not oppose Ms. Powell's request in light of Officer Gibson's position.

IT IS SO STIPULATED

                -S-
_____
JAMES PHILLIP VAUGHNS
Counsel for Vianna Powell

                -S-
_____
CHRISTINA McCALL
Assistant United States Attorney

                -S-
_____
VICTORIA GIBSON
U.S. Pretrial Services Officer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

UNITED STATES OF AMERICA,            )        NO.: CR 09-00203 CW
                                     )
            Plaintiff,               )
                                     )
            vs.                      )
                                     )
                                     )        ORDER
                                     )
VIANNA LAJANNIE POWELL,              )
                                     )
            Defendant.               )
_____)

The Court hereby ORDERS that the conditions of release set for defendant VIANNA

LAJANNIE POWELL be modified to allow her to travel away from the Oakland Halfway

House for the purposes of: (1) meeting with her HUD benefits counselor for the purposes

of maintaining her Section 8 Housing benefits; and (2) seeking and maintaining gainful

employment, with reasonable restrictions on the timing of the employment or job search

to be set by Pretrial Services.

        If possible, Defendant Powell will return to her position at Stanford University; if

that is no longer available, this order contemplates that Defendant Powell will seek other

1   gainful employment.

2        In all other respects, said conditions of release shall continue as previously

3   ordered.

4

5   Dated:  March 30, 2009

6



7                                        Judge Wayne D. Brazil

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  - 4 -