1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Suite 289
   Oakland, California 94611
3  Telephone: 510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Vianna POWELL
5

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                               OAKLAND DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 09-00203 CW
12 CALIFORNIA,                      )
                                    )
13                  Plaintiff,      )   STIPULATION AND (PROPOSED)
   vs.                              )   ORDER MODIFYING CONDITIONS
14                                  )   OF RELEASE
                                    )
15                                  )
                                    )
   VIANNA LAJANNIE POWELL,          )
16                                  )
                    Defendant.      )
17 _____

18                              STIPULATION

19         The parties stipulate as follows:

20         1.     Vianna Lajannie Powell is a defendant in this action and, on March 12, 2009, the

21  Court released Ms. Powell from federal custody to the Oakland Halfway House. Subsequently,

22  Ms. Powell was allowed to leave the Halfway House to seek alternative housing to retain her

23  Section 8 federal housing benefits.

24         2.     Ms. Powell now wishes to be allowed to reside at 140 Mission Drive, Palo Alto,

25  CA 94303. This unit is the only one available to her, given her qualifications and previous

26  residence history. This residence is currently available and is being held for Ms. Powell's

27

28

acceptance. It is less than 30 minutes away from Ms. Powell's employment at Stanford Hospital.

3. Pretrial Services Officer Victoria Gibson does not oppose Ms. Powell's request.

4. AUSA Christina McCall does not oppose Ms. Powell's request in light of Officer Gibson's position.

IT IS SO STIPULATED


_____
JAMES PHILLIP VAUGHNS
Counsel for Vianna Powell


_____
CHRISTINA McCALL
Assistant United States Attorney


- S -
_____
VICTORIA GIBSON
U.S. Pretrial Services Officer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>       Plaintiff,<br>vs.<br><br>VIANNA LAJANNIE POWELL,<br><br>       Defendant. | NO.: CR 09-00203 CW<br><br>**ORDER** |

    The Court hereby ORDERS that the conditions of release set for defendant VIANNA LAJANNIE POWELL be modified to allow her to reside at 140 Mission Drive, in Palo Alto, CA 94303.

    In all other respects, said conditions of release shall continue as previously ordered.

Date: April 21, 2009



_____
Judge Wayne D. Brazil

- 3 -